IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 23 009458

DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA,

      Plaintiff,

vs.

EXACT SCIENCES LABORATORIES, LLC, Foreign Profit Corporation, and EXACT SCIENCES CORPORATION, Foreign Profit Corporation, LAURA ZITON, D.O., and CENTRAL MEDICAL GROUP, P.A., Florida Profit Corporation,

      Defendants.

_____ /

## PLAINTIFF'S NOTICE OF FILING ANSWERS TO DEFENDANT EXACT SCIENCES LABORATORIES, LLC'S FIRST SET OF INTERROGATORIES

Plaintiff, DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA, by and through his undersigned attorney hereby files herewith his Answers to Defendant, EXACT SCIENCES LABORATORIES, LLC's First Set of Interrogatories, numbered 1 through 21, propounded on August 25, 2023.

CASE NO.: CACE 23 009458

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail on this 25ᵗʰ day of September, 2023 to: All parties on the attached Service List.

Somera & Silva, LLP
595 South Federal Highway, Suite 250
Boca Raton, FL 33432
Phone: (561) 981-8881
Fax:    (561) 981-8887
Primary Email: pleadings@somerasilva.com
Secondary Email: litigation@somerasilva.com
Attorneys for Plaintiffs

By: _____
    PETER J. SOMERA JR., ESQ.
    FBN: 0054267
    PAUL M. SILVA, M.D., ESQ.
    FBN: 0319820

2

CASE NO.: CACE 23 009458

## <u>SERVICE LIST</u>

Jordan S. Cohen, Esq.
Wicker Smith O'Hara, McCoy & Ford, P.A.
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale, FL 33301
Service Email:  ftlcrtpleadings@wickersmith.com
*(Counsel for Defendants, Exact Sciences Laboratories, LLC and*
*Exact Sciences Corporation)*


John Lynn, Esq.
LaCava Jacobson & Goods
4901 N.W. 17th Way
Suite 606
Fort Lauderdale, FL 33309
Primary Email: Jlynn@LJGlegal.com
Secondary:  Cbudnik@LJGlegal.com
Tertiary Email:  ftl2pleadings@LJGlegal.com
*(Counsel for Defendants, Laura Ziton, DO and Central Medical Group)*

CASE NO.: CACE 23 009458

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 23 009458

DOUGLAS ALMEIDA, as the Personal
Representative of the Estate of KHOEUN
ALMEIDA,

      Plaintiff,

vs.

EXACT SCIENCES LABORATORIES,
LLC, Foreign Profit Corporation, and
EXACT SCIENCES CORPORATION,
Foreign Profit Corporation, LAURA
ZITON, D.O., and CENTRAL MEDICAL
GROUP, P.A., Florida Profit Corporation,

      Defendants.
_____/

## PLAINTIFF'S ANSWERS TO DEFENDANT EXACT SCIENCES LABORATORIES, LLC'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, Plaintiff, DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA, hereby answers Defendant, EXACT SCIENCES LABORATORIES, LLC's First Set of Interrogatories, numbered 1 through 21, propounded on August 25, 2023, as follows:

INTERROGATORY NO. 1. Identify Khoeun Almeida's full name, date of birth, place of birth, social security number, and all addresses at which she resided within 10 years prior to her death.

**Khoeun Tuy Almeida**

**DOB:** ███████

**Place of Birth: Cambodia**

4

CASE NO.: CACE 23 009458

**Addresses:**

███████████████████
**Simpsonville, NC 29680**
**May 2021 – June 4, 2023**

███████████████████

**Coral Springs, FL 33076**
**2004 – May 2021**

**The Plaintiffs object to providing his/her social security
number/card to be of public record due to proliferation of <u>identity
theft</u> and is irrelevant, immaterial and not reasonably calculated to
lead to the discovery of admissible evidence.**

INTERROGATORY NO. 2: Identify the names and present addresses of other persons
who lived with Khoeun Almeida from 2020 until the time of her death, including the persons'
relationship to Khoeun Almeida.

**Douglas Almeida** ████████
███████████████████
**Simpsonville, NC 29680**
**Spouse**

INTERROGATORY NO. 3: Identify all mailing addresses for Khoeun Almeida from
2020 until the time of her death.  Include the dates that each mailing address was used by Khoeun
Almeida.

███████████████████
**Simpsonville, NC 29680**

███████████████████
**Coral Springs, FL 33076**

INTERROGATORY NO. 4: State whether Khoeun Almedia and/or the mailing address
for Khoeun Almeida was registered to receive Informed Delivery through the United States Postal
Service in 2021.  If so, identify the dates of registration for the Informed Delivery account and
provide the email address used for the Informed Delivery account.

CASE NO.: CACE 23 009458

**After our move in May of 2021 we had our mail sent to:**



**Simpsonville, NC 29680**

INTERROGATORY NO. 5: State the marital status of Douglas Almeida and Khoeun Almeida, including the start and end dates of marriage, and, if applicable, dates of separation and the reason for separation.

**Married:**              **June 4, 2023**
**Date of Marriage:**     **5/29/2005**

INTERROGATORY NO. 6: Please particularize and describe in detail all damages Plaintiff claims to have incurred, the amount of compensation you seek in total and for each element of damages you have described, including special damages, the factual basis for your computation of each element of damages so described, your computation method, and identify each document or record relevant thereto.

**See complaint.**

**All damages under the Florida Wrongful Death Statute except net accumulations.**

INTERROGATORY NO. 7: Identify Khoeun Almeida's employment over the past ten (10) years prior to her death by identifying the name and address of her employer, the nature of her employment, the compensation she received, the length of time she was engaged in such employment, and, if applicable, the reason for the cessation of her employment.

**Sports Clips**
**343B. Harrison Bridge Road**
**Simpson Ville, SC 29680**
**Hair Stylist**
**2022**

**Wild Orchid Hair Salon**
**7036 West Palmetto Park Road**
**Boca Raton, Florida 33433**
**Hair Stylist**
**10+ years**

CASE NO.: CACE 23 009458

INTERROGATORY NO. 8: Identify all educational and vocational institutions Khoeun Almeida attended starting with high school and continuing with all educational and vocational institutions attended thereafter, including the dates of attendance and degree attained at each.

**Boca Raton High School**
**Boca Raton, FL**
**GED**


**Cosmetology License**


INTERROGATORY NO. 9: For the 10-year period prior to Khoeun Almeida's death, identify by amount and source, the annual income she received from any source, including but not limited to wages, salaries, benefits, rents, dividends, interest, royalties, sale or exchange of capital assets, distributions from trusts, partnership distributions, earnings from endorsements of products, and any other sources.

**Objection.  No net accumulations claim is being made.**


INTERROGATORY NO. 10: Identify each life, health, retirement, disability, or other insurance carrier with whom Khoeun Almeida had insurance for the past ten (10) years prior to her death, including all private insurance and governmental programs and/or assistance if applicable.

**Freedom Life Insurance Company of America**
**Cigna**
**PO Box 188061**
**Chattanooga, TN 37422-8061**

**BlueCross BlueShield of South Carolina**
**PO Box 100300**
**Columbia, SC 29202**

**BlueCross BlueShield of Florida**
**PO Box 1798**
**Jacksonville, FL 32231-0014**

**Prudential Insurance Company of America**
**Life Insurance**

CASE NO.: CACE 23 009458

INTERROGATORY NO. 11: State whether Khoeun Almeida ever had an application for life, health, medical, or hospital insurance rejected within ten (10) years prior to her death, and, if so, for each rejection identify the date of the application, date of rejection, the type of insurance applied for, name and address of the insurance company with which the application was filed, and the reason given for the rejection.

**No.**

INTERROGATORY NO. 12: Identify any and all applications or claims by Khoeun Almeida for worker's compensation, social security disability benefits, private disability benefits, or state or federal disability benefits. For each identified, provide the name of the agency, date of application, amount of the benefit received, and the claimed disability or injury.

**Social Security Disability Benefits.**
**2022**

INTERROGATORY NO. 13: Identify each Healthcare Provider that has seen, cared for, hospitalized, treated, or examined, as an in-patient or out-patient, Khoeun Almeida for any physical or emotional condition, symptom, illness, disease, injury, or routine checkup or physical within ten (10) years prior to her death, including the approximate dates and reasons for her treatment.

**Laura Ziton, MD**
**2929 N. University Drive, Suite 108**
**Coral Springs, FL 33065**
**Primary Care Physician**

**Cedric L. McFadden, MD**
**Prisma Health**
**48 Centennial Way, Suite B**
**Greenville, SC 29605**
**Stage IV Cancer**

**Christopher Reed Thomas, MD**
**Prisma Health**
**3 Butternut Drive, Suite B**
**Greenville, SC 29605**
**Stage IV Cancer**

CASE NO.: CACE 23 009458

Ritu Saha, MD
Gastroenterology Associates
125 Halton Road
Greenville, SC 29607
Stage IV Cancer


Prisma Health Cancer Institute
Cancer Eastside
65 International Drive
Greenville, SC 29615
Stage IV Cancer


Prisma Health
Cancer – Grove Oncology
3 Butternut Drive, Suite B
Greenville, SC 29605
Stage IV Cancer


Prisma Health Greenville Memorial Hospital
701 Grove Road
Greenville, SC 29605
PET Scan


Bon Secours St. Financial
1 St. Francis Drive
Greenville, SC 29601
MRI – Pelvis
Rectal Mass Biopsy


South Carolina Oncology Associates
1666 Stoneridge Drive
Columbia, SC 29210
Oncologist


David Alberto Lino Cardenas, MD
Hospital Pacifica Salud
Panama

CASE NO.: CACE 23 009458

> Maureen Miller, MD
> Asthma and Allergy Associates of Florida
> 9600 West Sample Road, Suite 400
> Coral Springs, FL 33065
> Allergist
>
>
> Samuel Kaufman, MD
> Women's Health Partners, LLC
> 6859 SW 18th Street, Suite 200
> Boca Raton, FL 3343
> Ob/Gyn
>
>
> R.G. "Trip" Johnstone, III, MD
> Allergy Partners of the Upstate
> 48 Creekview Court
> Greenville, SC 29615
> Allergist
>
>
> Cheryl Sarmiento, MD
> Doctor for Life
> 309 Tanner Road
> Greenville, SC 29607
> Primary Care Physician

INTERROGATORY NO. 14: Identify any and all pharmacies where Khoeun Almeida obtained prescriptions within ten (10) years prior to her death.

> Walmart Pharmacy
> 22100 S. State Road 7
> Boca Raton, FL 33428
>
>
> Walmart Pharmacy
> 4650 University Drive
> Coral Springs, FL 33067
>
>
> Walmart Pharmacy
> 1401 West Georgia Road
> Simpsonville, SC 29680

CASE NO.: CACE 23 009458

INTERROGATORY NO. 15: Please state whether Khoeun Almeida has ever filed for bankruptcy. If so, please identify the date of filing, type of bankruptcy filed, judicial district where such bankruptcy was filed, and the date the bankruptcy was finalized, including outcome of same.

**No.**

INTERROGATORY NO. 16: Identify any and all lawsuits or claims made for personal injuries filed by Khoeun Almeida or on her behalf. For each claim, provide the date of injury, name and address of her attorney, name of the party against whom the claim was made, name of the other party's insurer, and the court or agency where the claim or suit was filed.

**None.**

INTERROGATORY NO. 17: Identify all facts that support the following contentions set forth in Paragraph 44 of the Third Amended Complaint that Exact Labs "breached its duty and was negligent" by engaging in the following acts:

a.   EXACT SCIENCES LABORATORIES, LLC, failing to communicate the Cologuard Patient Report results dated 3/15/21 to the office of Dr. Laura Ziton until 12/23/2021, when the test results were completed as POSITIVE on 3/15/2021.

**Medical records provided.**
**Exact Sciences Laboratories records.**

b.   EXACT SCIENCES LABORATORIES, LLC, failing to notify KHOEUN ALMEIDA of the POSITIVE Cologuard Patient Report results dated 3/15/2021.

**Medical records provided.**
**Exact Sciences Laboratories records.**

c.   EXACT SCIENCES LABORATORIES, LLC, failing to have internal policies and procedures confirming reporting of POSITIVE Cologuard Patient Report results to the ordering healthcare provider, their office and their patient.

**Medical records provided.**
**Exact Sciences Laboratories records.**

11

CASE NO.: CACE 23 009458

    d.      EXACT SCIENCES LABORATORIES, LLC, failing to have policies and procedures to confirm from the patient and provider receipt of Cologuard Patient Report results.

                **Medical records provided.**
                **Exact Sciences Laboratories records.**

      INTERROGATORY NO. 18: Identify all facts that support the following contentions set forth in Paragraph 51 of the Third Amended Complaint that Exact Labs "breached its duty and was negligent" by engaging in the following acts:

    e.      EXACT SCIENCES CORPORATION, failing to communicate the Cologuard Patient Report results dated 3/15/21 to the office of Dr. Laura Ziton until 12/23/2021, when the test results were completed as POSITIVE on 3/15/2021.

                **Medical records provided.**
                **Exact Sciences Laboratories records.**

    f.      EXACT SCIENCES CORPORATION, failing to notify KHOEUN ALMEIDA of the POSITIVE Cologuard Patient Report results dated 3/15/2021.

                **Medical records provided.**
                **Exact Sciences Laboratories records.**

    g.      EXACT SCIENCES CORPORATION, failing to have internal policies and procedures confirming reporting of POSITIVE Cologuard Patient Report results to the ordering healthcare provider, their office and their patient.

                **Medical records provided.**
                **Exact Sciences Laboratories records.**

    h.      EXACT SCIENCES CORPORATION, failing to have policies and procedures to confirm from the patient and provider receipt of Cologuard Patient Report results.

                **Medical records provided.**
                **Exact Sciences Laboratories records.**

CASE NO.: CACE 23 009458

INTERROGATORY NO. 19: If any insurance company, union, government agency, or other person, has paid or reimbursed you or has become obligated to pay or reimburse you, anyone on your behalf, any sums of money by way of benefits, loss of earnings, property damage, or any other item as a result of Khoeun Almeida's alleged injuries (including therein any third party who may have subrogation or reimbursement rights of any kind from the proceeds of settlement or judgment arising out of the facts in this case), identify the source, nature, and sums of money that have been or are to be paid, the dates when such payments were made, or the obligations to make payment arose.

**BlueCross BlueShield of South Carolina**
**PO Box 100300**
**Columbia, SC 29202**

INTERROGATORY NO. 20: Identify each and every person who you believe has knowledge of the matters involved in this lawsuit (including, but not limiting your response to, the identity of witnesses to Plaintiff's claimed damages, or any other issue involved in this lawsuit). For each identified person, state the subject of their knowledge.

**Douglas Almeida**
█████████████████
**Simpsonville, SC 29680**
**Spouse**

**Lisa Kline**
█████████████████
**Simpsonville SC 29680**
**Before and after witness**

**Dennis Nadeau**
**Janics Secino**
█████████████████
**Blythewood, SC 29016**
**Before and after witnesses**

**Defendants.**

**Medical Providers.**

**Discovery is ongoing.**

CASE NO.: CACE 23 009458

INTERROGATORY NO. 21: Identify any and all communications between Khoeun Almeida and/or anyone on her behalf with any Defendant or their representatives from December 2020-present, including the date, method of communication, name of individuals communicated with, and the substance of the communication.

**See medical records produced.**

_____

**DOUGLAS ALMEIDA**

STATE OF FLORIDA       )
                            ) ss
COUNTY OF PALM BEACH   )

BEFORE ME, the undersigned authority, personally appeared, _Douglas Almeida_ who, after being first duly sworn, acknowledged that he/she is the person duly authorized to execute the foregoing Answers to Interrogatories, and that he/she has read the answers and that they are true and correct to the best of his/her knowledge and belief, and he/she executed same in my presence, this _22nd_ day of _September_, 20_23_.

_____
Notary Public

My Commission Expires: _2/19/2025_

SILVIA MARTINEZ
MY COMMISSION # HH 080033
EXPIRES: February 19, 2025
Bonded Thru Notary Public Underwriters