IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 23 009458

DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA,

    Plaintiff,

vs.

EXACT SCIENCES LABORATORIES, LLC, Foreign Profit Corporation, and EXACT SCIENCES CORPORATION, Foreign Profit Corporation, LAURA ZITON, D.O., and CENTRAL MEDICAL GROUP, P.A., Florida Profit Corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING ANSWERS TO LAURA ZITON, D.O.'S WRONGFUL DEATH INTERROGATORIES

Plaintiff, DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA, by and through his undersigned attorney hereby files herewith his Answers to Defendants, LAURA ZITON, D.O.'s Wrongful Death Interrogatories, numbered 1 through 17, propounded on July 28, 2023.

CASE NO.: CACE 23 009458

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail on this 5th day of September, 2023 to: All parties on the attached Service List.

> Somera & Silva, LLP
> 595 South Federal Highway, Suite 250
> Boca Raton, FL 33432
> Phone: (561) 981-8881
> Fax:    (561) 981-8887
> Primary Email: pleadings@somerasilva.com
> Secondary Email: litigation@somerasilva.com
> Attorneys for Plaintiffs
>
> By: _____
>     PETER J. SOMERA JR., ESQ.
>     FBN: 0054267
>     PAUL M. SILVA, M.D., ESQ.
>     FBN: 0319820

CASE NO.: CACE 23 009458

## SERVICE LIST

Jordan S. Cohen, Esq.
Wicker Smith O'Hara, McCoy & Ford, P.A.
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale, FL 33301
Service Email:  ftlcrtpleadings@wickersmith.com
*(Counsel for Defendants, Exact Sciences Laboratories, LLC and Exact Sciences Corporation)*


John Lynn, Esq.
LaCava Jacobson & Goods
4901 N.W. 17th Way
Suite 606
Fort Lauderdale, FL 33309
Primary Email: Jlynn@LJGlegal.com
Secondary:  Cbudnik@LJGlegal.com
Tertiary Email:  ftl2pleadings@LJGlegal.com
*(Counsel for Defendants, Laura Ziton, DO and Central Medical Group)*

CASE NO.: CACE 23 009458

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 23 009458

DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA,

    Plaintiff,

vs.

EXACT SCIENCES LABORATORIES, LLC, Foreign Profit Corporation, and EXACT SCIENCES CORPORATION, Foreign Profit Corporation, LAURA ZITON, D.O., and CENTRAL MEDICAL GROUP, P.A., Florida Profit Corporation,

    Defendants.
_____/

## PLAINTIFF'S ANSWERS TO DEFENDANT, LAURA ZITON, D.O.'S WRONGFUL DEATH INTERROGATORIES

Pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, Plaintiff, DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KHOEUN ALMEIDA, hereby answers Defendant LAURA ZITON, D.O.'s Wrongful Death Interrogatories numbered 1 through 17, propounded on July 28, 2023 as follows:

    1.    State the names and addresses of all doctors, dentists, psychiatrists, psychologists, chiropractors or other members of the healing arts who treated the decedent in the last seven years of her life, giving in each instance and for each doctor the date of treatment, nature of treatment received, nature of illness for which treatment was given and if being claimed in this case the sums of money paid or owing to the healthcare provider for their services.

        **Laura Ziton, MD**
        **2929 N. University Drive, Suite 108**
        **Coral Springs, FL 33065**
        **Primary Care Physician**

4

CASE NO.: CACE 23 009458

Cedric L. McFadden, MD
Prisma Health
48 Centennial Way, Suite B
Greenville, SC 29605
Stage IV Cancer


Christopher Reed Thomas, MD
Prisma Health
3 Butternut Drive, Suite B
Greenville, SC 29605
Stage IV Cancer


Ritu Saha, MD
Gastroenterology Associates
125 Halton Road
Greenville, SC 29607
Stage IV Cancer


Prisma Health Cancer Institute
Cancer Eastside
65 International Drive
Greenville, SC 29615
Stage IV Cancer


Prisma Health
Cancer – Grove Oncology
3 Butternut Drive, Suite B
Greenville, SC 29605
Stage IV Cancer


Prisma Health Greenville Memorial Hospital
701 Grove Road
Greenville, SC 29605
PET Scan


Bon Secours St. Financial
1 St. Francis Drive
Greenville, SC 29601
MRI – Pelvis
Rectal Mass Biopsy

CASE NO.: CACE 23 009458

South Carolina Oncology Associates
1666 Stoneridge Drive
Columbia, SC 29210
Oncologist


Hospital Pacifica Salud
Panama


Maureen Miller, MD
Asthma and Allergy Associates of Florida
9600 West Sample Road, Suite 400
Coral Springs, FL 33065
Allergist


Samuel Kaufman, MD
Women's Health Partners, LLC
6859 SW 18th Street, Suite 200
Boca Raton, FL 3343
Ob/Gyn


R.G. "Trip" Johnstone, III, MD
Allergy Partners of the Upstate
48 Creekview Court
Greenville, SC 29615
Allergist


Cheryl Sarmiento, MD
Doctor for Life
309 Tanner Road
Greenville, SC 29607
Primary Care Physician


2.   State whether in the last seven years of her life, the decedent been admitted to, examined or treated at any hospital or institution and if your answer is in the affirmative state the name of the hospital, date of admission, reason for admission, nature of treatment given and if any sums of money have been paid or owing to the institution, the amount in each instance.

**Yes.**

   **Prisma Health Cancer Institute**
   **Cancer Eastside**
   **65 International Drive**
   **Greenville, SC 29615**
   **Stage IV Cancer**


   **Prisma Health**
   **Cancer – Grove Oncology**
   **3 Butternut Drive, Suite B**
   **Greenville, SC 29605**
   **Stage IV Cancer**


   **Prisma Health Greenville Memorial Hospital**
   **701 Grove Road**
   **Greenville, SC 29605**
   **PET Scan**


   **Bon Secours St. Financial**
   **1 St. Francis Drive**
   **Greenville, SC 29601**
   **MRI – Pelvis**
   **Rectal Mass Biopsy**


   3. Describe any and all infirmities and disabilities that the decedent had in the last seven years of her life, including any trouble or disorders relative to his heart, nerves, nervous system, high blood pressure, diabetes, ulcer, sprain or strain of any part of her body and give the dates, names and addresses of treating or consulting doctors of hospitals.

         **Objection. See medical records.**


   4. Excluding the incident which is the subject of this action, describe any and all accidents or personal injuries the decedent suffered in the last seven years of her life, together with the date, time and place of such accident or personal injury and the names and addresses of all parties involved.

         **None.**

CASE NO.: CACE 23 009458

5. Describe in detail each act or omission on the part of the Defendants you contend constituted negligence that was either sole or a contributing legal cause of the decedent's death and as to each act or omission, please list the name and address of all persons having knowledge of the act or omission.

   a. Dr. Ziton, on each and every visit failing to perform a rectal exam on physical exam for complaints of abnormal bowel movements and blood in stool,
   b. Dr. Ziton, on December 22, 2020, failing to perform a rectal exam, order a GI consult and sigmoidoscopy/colonoscopy for complaints of liquid bowel movements, with occasional blood in stool,
   c. Dr. Ziton, after December 22, 2020 after ordering Cologuard for abnormal bowel movements failing to follow-up on the results that were available from Cologuard on 3/15/2021 and were POSITIVE,
   d. Dr. Ziton, on the follow-up visit on 7/2/2021, failing to perform a rectal exam, address the positive Cologuard results that were available on 3/15/2021 and discuss the results with the patient, documenting the results in the medical records, and making a referral for a colonoscopy,
   e. Dr. Ziton, failing to report the abnormal and positive Cologuard results to the KHOEUN ALMEIDA and ordering a colonoscopy prior to 12/23/2021, when the results were reported to KHOEUN ALMEIDA for the first time,
   f. Failure to exercise that level of care, skill and treatment which, in light of all relevant surrounding circumstances, is recognized as acceptable and appropriate by reasonably prudent similar healthcare providers.

6. List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings and specify the subject matter about which the witness has knowledge.

   **Douglas Almeida**
   ███████████████
   Simpsonville, SC 29680
   **Spouse**

CASE NO.: CACE 23 009458

>**Thuy Thu Tran**
>**6110 NW 18th Street**
>**Sunrise, FL 33313**
>**Daughter**
>
>**Defendants.**
>
>**Medical Providers.**
>
>**Discovery is ongoing.**

7.  Do you or your attorneys, agents, servants or employees have any photographs which are relevant to the issues of liability and damages presented by the Complaint and the responses to the Complaint and, if so, please state the name and address of the person having possession of the photographs, the name and address of the person who took the photographs, the date the photographs were taken and the number of photographs taken.

>**Yes,**
>**See photographs responsive to Request for Production.**

8.  As to each of the photographs referred to in your answer to the previous interrogatory, please state if any one of them depicts a person, objects or scenes which no longer exist or which have been materially altered since the photographs were taken and, if so, as to each photograph describe what persons or objects or scenes they depict, the dates the photographs were taken, the person who took the photographs and the persons who now have possession of the photographs.

>**Khoeun Almeida is deceased.**

9.  Did the decedent die testate (have a Will) and, if so, state whether the Will has been filed for probate and, if so, the date, name of court, title of action and file number.

>Yes.
>**Broward County Court**
>**Probate Division**
>**Case Name:   In Re: Estate of Khoeun Tuy Almeida**
>**Case No.:    PRC23004027**
>**Date Filed:  August 11, 2023**

9

CASE NO.: CACE 23 009458

      10.    List the name and address of all business, occupations or persons for which the decedent worked during the last seven years of her life.

> **Sports Clips**
> **343B. Harrison Bridge Road**
> **Simpson Ville, SC 29680**
> **Hair Stylist**
> **2022**
>
> **Wild Orchid Hair Salon**
> **7036 West Palmetto Park Road**
> **Boca Raton, Florida 33433**
> **Hair Stylist**
> **10+ years**

      11.    Please state the decedent's gross income in U.S. dollars in the last seven years of her life.

> **Objection.   No net accumulations claim is being made.**

      12.    As to each survivor making a claim in this case, please state in detail what support they claim to have lost as a result of the decedent's death (support includes contributions in kind as well as money) and what services were performed for them by the decedent that will now be necessary expenses to them and for each item state the exact amount claimed and a detailed accounting as to each individual survivor of how you arrived at this amount.

> **Undetermined at this time.**
> **Discovery is ongoing.**

      13.    Give the name and address of all banks, loan associations, savings and loans, brokerage firms, mortgage companies or brokers and other institutions where the deceased had a financial interest for the five years preceding her death and identify each account with enough specificity to enable this Defendant to obtain the financial records.

> **Objection.   No net accumulations claim is being made.**

CASE NO.: CACE 23 009458

14. Please list the amount of the decedent's personal expenses in each of the five (5) years preceding her death being specific as to the type of expense (i.e., clothing, entertainment, food, etc.) and the amount spent each year on that expense.

**Objection. No net accumulations claim is being made.**

15. Please list all damages or incidental expenses (excluding pain and suffering) claimed in this action which have not been listed in your answer to the preceding interrogatories and as to each item of damage or incidental expense, state the name and address of the person or entity to whom money is owed on behalf of the decedent of her estate.

**Undetermined at this time.
Discovery is ongoing.**

16. Please list the name and address of all persons who resided with the decedent during the last seven years of her life.

**Douglas Almeida**
███████████████
**Simpsonville, SC 29680**

17. Give the full name and address of the decedent's spouse and survivors as defined in the Florida Wrongful Death Act.

**Douglas Almeida**
███████████████
**Simpsonville, SC 29680**

11

_____
**DOUGLAS ALMEIDA**

STATE OF FLORIDA      )
                      ) ss
COUNTY OF PALM BEACH  )

BEFORE ME, the undersigned authority, personally appeared, Douglas Almeida who, after being first duly sworn, acknowledged that he/she is the person duly authorized to execute the foregoing Answers to Interrogatories, and that he/she has read the answers and that they are true and correct to the best of his/her knowledge and belief, and he/she executed same in my presence, this 1st day of September, 20 23.

_____
Notary Public

SILVIA MARTINEZ
MY COMMISSION # HH 080033
EXPIRES: February 19, 2025
Bonded Thru Notary Public Underwriters

My Commission Expires: 2/19/2025