

Menu

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

Print

### Douglas Almeida Plaintiff vs. Exact Sciences Corporation, et al Defendant

**Broward County Case Number:** CACE23009458
**State Reporting Number:** 062023CA009458AXXXCE
**Court Type:** Civil
**Case Type:** Neg - Negligence Other
**Incident Date:** N/A
**Filing Date:** 03/22/2023
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Olefson, Shari Africk

— Party(ies)    Total: 7

| Party Type | Party Name |  Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Almeida, Khoeun**  <br><br>Amended Petition/Complaint Filed | | |



| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Almeida, Douglas** *Personal Representative* **of the Estate of Khoeun Almeida** | | ★ Silva, Paul M Retained Bar ID: 319820 2255 Glades Road Suite 335w Boca Raton, FL 33431 **Status: Active** Somera, Peter J, Jr. Retained Bar ID: 54267 Somera & Silva, LLP 595 S Federal Highway Suite 250 Boca Raton, FL 33432 **Status: Active** |
| Defendant | **Exact Sciences Corporation** | | ★ Cohen, Jordan S Retained Bar ID: 551872 Wicker Smith O'Hara McCoy & Ford PA 515 E Las Olas Blvd SunTrust Center Suite 1400 Ft. Lauderdale, FL 33302-0000 **Status: Active** |
| Defendant | **Exact Sciences Laboratories, LLC** | | ★ Cohen, Jordan S Retained Bar ID: 551872 Wicker Smith O'Hara McCoy & Ford PA 515 E Las Olas Blvd SunTrust Center Suite 1400 Ft. Lauderdale, FL 33302-0000 **Status: Active** |
| Plaintiff | **Khoeun Almeida and Douglas Almeida** Amended Petition/Complaint Filed | | |



| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Laura Ziton, DO**  Dismissed | | |
| Defendant | **Central Medical Group, PA**  Dismissed | | |

## Disposition(s)  Total: 0

| Date | Statistical Closure(s) |
|---|---|
| | |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 11/16/2023 | **Final Order of Dismissal**  Comment (Laura Ziton and Central Medical Group PA Only )  Vol./Book 0 , Page 0, 2 pages  Instrument Number 119236305 | 📄 | 2 |

## Collection(s)  Total: 0

There is no Collection information available for this case.

## Event(s) & Document(s)  Total: 129

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/20/2023 | **Notice of Taking Deposition** | | 📄 | 3 |
| 11/20/2023 | **Cross Notice of Taking Deposition** | Douglas Almeida | 📄 | 3 |
| 11/19/2023 | **Order** | CONFIDENTIALITY AND PROTECTIVE ORDER | 📄 | 6 |
| 11/19/2023 | **Order Referring Case to Mediation** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/19/2023 | **Order Granting Motion for Confidentiality** | | | 2 |
| 11/17/2023 | **Notice of Cancellation** | | | 2 |
| 11/16/2023 | **Notice of Hearing** | | | 2 |
| 11/16/2023 | **Stipulation** | FOR ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, LAURA ZITON, D.O. AND CENTRAL MEDICAL GROUP P.A | | 2 |
| 11/13/2023 | **Motion to Compel** | MOTION TO COMPEL CENTRAL MEDICAL GROUP S ANSWERS TO FIRST SET OF INTERROGATORIES Party: *Defendant* Exact Sciences Corporation *Defendant* Exact Sciences Laboratories, LLC | | 19 |
| 11/13/2023 | **Cross Notice of Taking Deposition** | DATE AND TIME: December 8,2023 at 10:00 am | | 2 |
| 11/13/2023 | **Cross Notice of Taking Deposition** | NAME- Douglas Almeida DATE AND TIME: November 29, 2023 at 10:00 am | | 2 |
| 11/13/2023 | **Cross Notice of Taking Deposition** | NAME- Laura Ziton, M.D. DATE AND TIME: December 6, 2023 at 12:00 pm | | 2 |
| 11/13/2023 | **Cross Notice of Taking Deposition** | NAME- Sandra Zieger. DATE AND TIME: December 20,2023 at 11:30am | | 2 |
| 11/08/2023 | **Re-Notice of Taking Deposition** | | | 2 |
| 11/06/2023 | **Notice of Taking Deposition** | | | 3 |
| 11/03/2023 | **Notice of Cancellation** | | | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/03/2023 | **Order Granting** | ORDER GRANTING | | 2 |
| 11/03/2023 | **Uniform Order Setting Pretrial Deadline** | CALENDAR CALL: 10-02-2024 at 10:00 AM | | 7 |
| 11/03/2023 | **Uniform Order Setting Pretrial Deadline** | CALENDAR CALL: 10-02-2024 at 10:00 am rm 15160 or Zoom | | 8 |
| 11/02/2023 | **Uniform Order Setting Pretrial Deadline** | CALENDAR CALL: 08-08-2024 at 10:00 AM | | 7 |
| 11/02/2023 | **Order Granting Motion** | to Appear Pro Hae Vice of Taylor B. Mayes | | 2 |
| 11/01/2023 | **Uniform Order Setting Pretrial Deadline** | CALENDAR CALL: 09-05-2024 at 10:00 AM | | 7 |
| 10/31/2023 | **Notice of Cancellation** | | | 3 |
| 10/31/2023 | **Notice of Withdrawal** | | | 3 |
| 10/27/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/27/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/27/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/27/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/24/2023 | **Re-Notice of Hearing** | | | 2 |
| 10/23/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/23/2023 | **Notice of Taking Deposition** | | | 3 |
| 10/23/2023 | **Response to Request for Production** | | | 4 |
| 10/23/2023 | **Response to Request for Admissions** | | | 5 |
| 10/12/2023 | **Request for Copies** | | | 3 |
| 10/12/2023 | **Motion to Appear Pro Hac Vice** | Comes now, Taylor B. Mayes ("Movant | | 6 |
| 10/10/2023 | **Response to Motion** | | | 26 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/10/2023 | **Notice of Hearing** | | 📄 | 2 |
| 09/27/2023 | **Order Granting Motion to Strike** | | 📄 | 2 |
| 09/27/2023 | **Order Granting Motion** | for Admission to Appear Pro Hae Vice | 📄 | 2 |
| 09/26/2023 | **Notice of Cancellation** | | 📄 | 3 |
| 09/26/2023 | **Notice of Hearing** | | 📄 | 3 |
| 09/26/2023 | **Response to Motion** | | 📄 | 6 |
| 09/25/2023 | **Notice of Filing Answers to Interrogatories** | | 📄 | 3 |
| 09/25/2023 | **Response to Request for Production** | | 📄 | 7 |
| 09/22/2023 | **Notice of Hearing** | | 📄 | 4 |
| 09/22/2023 | **Request for Copies** | | 📄 | 2 |
| 09/15/2023 | **Notice of Taking Deposition** | | 📄 | 2 |
| 09/14/2023 | **Motion to Appear Pro Hac Vice** | VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRA ION 2.510 | 📄 | 6 |
| 09/14/2023 | **Motion to Appear Pro Hac Vice** | Nikita S. McMillian ("Movant) | 📄 | 6 |
| 09/12/2023 | **Request for Production** | | 📄 | 3 |
| 09/12/2023 | **Notice of Service of Interrogs** | | 📄 | 5 |
| 09/12/2023 | **Motion to Compel** | BETTER RESPONSES TO DEFENDANT, EXACT SCIENCES LABORATORIES, LLC Party: *Plaintiff* Almeida, Douglas | 📄 | 30 |



| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/11/2023 | **Motion to Strike Affirmative Defenses** | PLAINTIFF'S MOTION TO STRIKE PARAGRAPH THIRTEEN OF DEFENDANTS LAURA ZITON, D.O. AND CENTRAL MEDICAL ROUP, P.A.'S AFFIRMATIVE DEFENSES | 📄 | 23 |
| 09/11/2023 | **Motion to Strike Affirmative Defenses** | PLAINTIFF'S MOTION TO STRIKE DEFENDANTS EXACT SCIENCES LABORATORIES, LLC AND EXACT SCIENCES CORPORAT ON'S SECOND, THIRD, FIFTH, SEVENTH, ELEVENTH FOURTEENTH AND FIFTEENTH AFFIRMATIVE DEFENSES | 📄 | 55 |
| 09/05/2023 | **Notice of Filing Answers to Interrogatories** | | 📄 | 3 |
| 09/05/2023 | **Notice of Filing Answers to Interrogatories** | | 📄 | 3 |
| 09/05/2023 | **Response to Request for Production** | | 📄 | 8 |
| 09/05/2023 | **Case Management Order** | 09-26-2023 , 8:45 AM | 📄 | 2 |
| 08/31/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/31/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/25/2023 | **Notice of Service** | | 📄 | 2 |
| 08/25/2023 | **Notice of Service** | | 📄 | 2 |
| 08/25/2023 | **Request for Production** | | 📄 | 6 |
| 08/25/2023 | **Notice of Service** | | 📄 | 2 |
| 08/25/2023 | **Notice of Service** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 08/18/2023 | **Response to Request for Production** | | 📄 | 3 |
| 08/18/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/18/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/18/2023 | **Response to Request for Production** | | 📄 | 3 |
| 08/18/2023 | **Response to Request for Production** | | 📄 | 3 |
| 08/18/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/18/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 08/18/2023 | **Response to Request for Production** | | 📄 | 3 |
| 08/18/2023 | **Response to Request for Production** | | 📄 | 3 |
| 08/18/2023 | **Motion for Protective Order** | FOR ENTRY OF CONFIDENTIALITY Party: *Defendant* Exact Sciences Corporation *Defendant* Exact Sciences Laboratories, LLC | 📄 | 43 |
| 08/09/2023 | **Request for Copies** | | 📄 | 3 |
| 08/09/2023 | **Certificate of No Objection** | | 📄 | 3 |
| 07/28/2023 | **Notice of Service of Interrogs** | | 📄 | 2 |
| 07/28/2023 | **Notice of Service of Interrogs** | | 📄 | 2 |
| 07/28/2023 | **Request for Production** | | 📄 | 5 |
| 07/28/2023 | **Notice of Production From Non-Party** | | 📄 | 2 |
| 07/28/2023 | **Answer to Amended Complaint** | | 📄 | 5 |
| 07/28/2023 | **Answer & Affirmative Defenses** | Party: *Defendant* Exact Sciences Corporation | 📄 | 18 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/28/2023 | **Answer & Affirmative Defenses** | Party: *Defendant* Exact Sciences Laboratories, LLC | 📄 | 18 |
| 07/21/2023 | **Interrogatories & Notice of Service** | | 📄 | 9 |
| 07/21/2023 | **Request for Production** | | 📄 | 4 |
| 07/21/2023 | **Interrogatories & Notice of Service** | | 📄 | 8 |
| 07/21/2023 | **Request for Production** | | 📄 | 4 |
| 07/19/2023 | **Motion to Compel** | Party: *Plaintiff* Almeida, Douglas | 📄 | 24 |
| 07/19/2023 | **Request for Production** | | 📄 | 4 |
| 07/19/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 07/19/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 07/19/2023 | **Response to Request for Production** | | 📄 | 2 |
| 07/19/2023 | **Response to Request for Production** | | 📄 | 2 |
| 07/11/2023 | **Third Amended Complaint** | DOUGLAS ALMEIDA, as the Personal Representative of the Estate of KIIOEUN ALMEIDA | 📄 | 15 |
| 07/10/2023 | **Order Granting Leave to Amend Complaint** | | 📄 | 2 |
| 07/06/2023 | **Summons Returned Served** | 06-13-23<br>Party: *Defendant* Central Medical Group, PA | 📄 | 1 |
| 07/03/2023 | **Response to Request to Produce** | | 📄 | 4 |
| 07/03/2023 | **Response to Request to Produce** | | 📄 | 6 |
| 07/03/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/03/2023 | **Notice of Service of Answers to Interrogatories** | | 📄 | 2 |
| 06/23/2023 | **Motion for Substitution of Party(S)** | As Personal Representative of the Estate of KHOEUN ALMEIDA Party: *Plaintiff* Almeida, Douglas | 📄 | 19 |
| 06/21/2023 | **Notice of Appearance** | AND DESIGNATION OF EMAIL ADDRESSES Party: *Defendant* Laura Ziton, DO *Defendant* Central Medical Group, PA | 📄 | 2 |
| 06/21/2023 | **Answer to Amended Complaint** | Party: *Defendant* Laura Ziton, DO *Defendant* Central Medical Group, PA | 📄 | 4 |
| 06/15/2023 | **Motion for Extension of Time** | | 📄 | 2 |
| 06/06/2023 | **Summons Returned Served** | 06-02-23 Party: *Defendant* Laura Ziton, DO | 📄 | 1 |
| 06/01/2023 | **Answer to Amended Complaint** | | 📄 | 15 |
| 06/01/2023 | **Answer to Amended Complaint** | | 📄 | 15 |
| 05/19/2023 | **Interrogatories & Notice of Service** | | 📄 | 8 |
| 05/19/2023 | **Request for Production** | | 📄 | 5 |
| 05/19/2023 | **Interrogatories & Notice of Service** | | 📄 | 8 |
| 05/19/2023 | **Request for Production** | | 📄 | 5 |
| 05/15/2023 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | | 📄 | 1 |
| 05/15/2023 | **Second Amended Complaint** | | 📄 | 13 |
| 05/15/2023 | **eSummons Issuance - On Amended** | Laura Ziton, DO | 📄 | 2 |
| 05/15/2023 | **eSummons Issuance - On Amended** | Central Medical Group, P.A | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/12/2023 | **Agreed Order** | ON PLAINTIFFS' MOTION TO AMEND THE AMENDED COMPLAINT | 📄 | 2 |
| 05/10/2023 | **Motion to Amend Complaint** | Party: *Plaintiff* Almeida, Khoeun *Plaintiff* Almeida, Douglas *Plaintiff* Khoeun Almeida and Douglas Almeida | 📄 | 15 |
| 05/02/2023 | **Answer & Affirmative Defenses** | TO PLAINTIFFS' AMENDED COMPLAINT AND JURY DEMAND Party: *Defendant* Exact Sciences Corporation | 📄 | 10 |
| 05/02/2023 | **Answer & Affirmative Defenses** | TO PLAINTIFFS' AMENDED COMPLAINT AND JURY DEMAND Party: *Defendant* Exact Sciences Laboratories, LLC | 📄 | 10 |
| 05/02/2023 | **Motion to Stay** | PROCEEDINGS PENDING COMPLETION OF PRE-SUIT MEDICAL MALPRACTICE INVESTIGATION Party: *Defendant* Exact Sciences Corporation *Defendant* Exact Sciences Laboratories, LLC | 📄 | 52 |
| 04/17/2023 | **Summons Returned Served** | 12th day of April, 2023 Party: *Defendant* Exact Sciences Corporation | 📄 | 1 |
| 04/17/2023 | **Summons Returned Served** | 12th day of April, 2023 Party: *Defendant* Exact Sciences Laboratories, LLC | 📄 | 1 |
| 04/03/2023 | **eSummons Issuance - On Amended** | Party: *Defendant* Exact Sciences Corporation | 📄 | 2 |



| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 04/03/2023 | **eSummons Issuance** | Party: *Defendant* Exact Sciences Laboratories, LLC | 📄 | 2 |
| 03/31/2023 | **Amended Complaint** | FOR DAMAGES<br>Party: *Plaintiff* Almeida, Khoeun *Plaintiff* Almeida, Douglas | 📄 | 10 |
| 03/22/2023 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 03/22/2023 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 03/22/2023 | **Complaint (eFiled)** | | 📄 | 8 |

**− Hearing(s)**  Total: 0

There is no Disposition information available for this case.

**− Related Case(s)**  Total: 0

There is no related case information available for this case.

# Brenda D. Forman

### Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK) ›

 (https://www.facebook.com/browardclerkofcourts/)

## Connect with Us



COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS) >

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS) >

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT) >

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY) >

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS) >

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA) ♿

PRINT 🖨

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/) >

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/) >

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) >
PURSUANT TO 119.12(2), F.S.

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) >
PURSUANT TO RULE 2.420

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.

Instead, contact this office by phone or in writing.

© 2023 - All rights reserved

