110105-7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-62250-XXXX

KHOEUN ALMEIDA, individually,
DOUGLAS ALMEIDA, individually,
and KHOEUN ALMEIDA and
DOUGLAS ALMEIDA, as wife and
husband,

      Plaintiffs,

vs.

EXACT SCIENCES LABORATORIES,
LLC, Foreign Profit Corporation, and
EXACT SCIENCES CORPORATION,
Foreign Profit Corporation, LAURA
ZITON, D.O., and CENTRAL
MEDICAL GROUP, P.A., Florida Profit
Corporation,

      Defendants.

_____/

## DEFENDANTS', EXACT SCIENCES LABORATORIES, LLC AND EXACT SCIENCES CORPORATION, NOTICE OF FILING STATE COURT DOCUMENTS

      Defendants, Exact Sciences Laboratories, LLC and Exact Sciences Corporations, provides

Notice of filing of all process, pleadings, orders, and other papers filed in the Seventeenth Judicial

Circuit Court of Florida in and for Broward County, in accordance with 28 U.S.C. § 1446(d) and

pursuant to Federal Rules of Civil Procedure, attached hereto.

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida

ePortal to: Paul M. Silva, M.D., J.D., pleadings@somerasilva.com; litigation@somerasilva.com;

on this 28th day of November, 2023.

CASE NO. 0:23-cv-62250-XXXX

/s/ Jordan S. Cohen
Jordan S. Cohen, Esquire
Florida Bar No. 551872
jcohen@wickersmith.com
WICKER SMITH O'HARA MCCOY & FORD, P.A.
*Attorneys for Exact Sciences Laboratories, LLC and
Exact Sciences Corporations*
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353